IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CLARENCE STEWARD,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1649

_____/

Opinion filed November 2, 2015.

An appeal from the Circuit Court for Escambia County.
Ross Goodman, Judge.

Carlos J. Martinez, Public Defender, and Jeffrey Paul Desousa, Assistant Public Defender, Miami, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, WETHERELL, and MARSTILLER, JJ., CONCUR.